FILED: March 19, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4159
(3:21-cr-00091-1)

_____

UNITED STATES OF AMERICA,

       Plaintiff – Appellee,

v.

KEVLIN JERROD JACKSON, a/k/a Kevlin Jackson,

       Defendant – Appellant.

_____

O R D E R

_____

The court amends its opinion filed March 18, 2024, as follows:

On the cover page, the lower court information is corrected to read, "Southern District of West Virginia."

For the Court—By Direction

/s/ Nwamaka Anowi, Clerk